

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2019

No. 04-19-00103-CV

**IN THE INTEREST OF A.-N.L.C., A CHILD**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01805
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

      This is an accelerated appeal from a trial court's order terminating appellant's parental rights. Appellant's brief was due April 8, 2019. Appellant has filed a motion asking for an additional twenty days in which to file his brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before April 29, 2019.**

      We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court